897 A.2d 1164

**WILMINGTON TRUST CORP., Appellee,**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

April 20, 2006.

## *ORDER*

PER CURIAM.

AND NOW, to-wit, this 20th day of April, 2006, the Order of the Commonwealth Court is AFFIRMED.